**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2040**

_____

ALEX D. RAHMI,

                Plaintiff - Appellant,

        v.

SOVEREIGN BANK,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, District Judge. (3:12-cv-00087-GMG-DJJ)

_____

Submitted: March 27, 2014          Decided: March 31, 2014

_____

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alex Rahmi, Appellant Pro Se. Christopher Kenneth Robertson, JACKSON KELLY, PLLC, Martinsburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alex Rahmi appeals the district court's order denying his motions for appointment of counsel and for a hearing on the order to show cause issued by the district court following the denial of Rahmi's third motion for reconsideration of the dismissal of his civil action. We have reviewed the record and find no abuse of discretion by the district court. Accordingly, we affirm for the reasons stated by the district court. Rahmi v. Sovereign Bank, No. 3:12-cv-00087-GMG-DJJ (N.D.W. Va. July 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED